IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE HODGES, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALGREENS, et al., | : | No. 12-1162 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **25th** day of **April, 2012**, upon consideration of Plaintiff's Motion to Remand, Defendants' response thereto, and for the reasons stated in the Court's Memorandum dated April 25, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 5) is **GRANTED**.

2. This case is remanded to the Philadelphia County Court of Common Pleas.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**